IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MANUEL YADIER SERRANO MORALES
KEILA MICHELLE VAZQUEZ RIVERA
DEBTOR(S)

CASE NO. 25-03383-ESL
CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is : $ 0.00

3. The general unsecured pool is : $ 0.00

AMENDED PLAN DATE: July 29, 2025     PLAN BASE: $18,000.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 9/17/2025

☐ FAVORABLE     ☒ UNFAVORABLE

**1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

**-In May 2024, per debtor's testimony and SOFA, debtors transferred a motorcycle tank 2022 and a Sea Doo jet ski 2006 by exchanging the property for the food truck, the Chevy Sml Van 4x2 1979. Debtors were asked to provide comparable values of each of the transferred properties at the time of transfer, and any documents in regards to the transfer in order for trustee to review. Debtors submitted comparable from JD Power, however, we cannot determine what particular model of the Motorcycle Tank was transferred nor the particular model of the Jetski in order to determine if the values provided are a reasonable exchange for the Food Truck Chevy wagon**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

Atty: FELIX M ZENO GLORO*

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN